AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON         )
        Plaintiff(s)         )   **APPEARANCE**
                                  )
                                  )
              vs.                )   CASE NUMBER   07-cv-1708 JDB
DEPARTMENT OF EDUCATION          )
                                  )
        Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Scott A. Hodes__ as counsel in this
                               (Attorney's Name)

case for: __Citizens for Responsibility and Ethics in Washington__
                          (Name of party or parties)

9/28/07
Date

*(signature)*
Signature

Scott A. Hodes
Print Name

D.C. Bar # 430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington, D.C.  20015
City     State     Zip Code

301-404-0502
Phone Number