**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) |
| **UNITED STATES DEPARTMENT OF EDUCATION,** | ) ) ) ) ) ) |
| **Defendant.** | ) ) |

Civil Action No. 07-1708 (JDB)

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Michelle Johnson, Assistant United States Attorney, as counsel of record for the named federal defendant in the above-captioned action.

Respectfully submitted,

/s/
Michelle Johnson, #491910
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7139 (telephone)
(202) 514-8780 (facsimile)
Michelle.Johnson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was served via this Court's electronic notification system upon:

Anne L. Weismann
Citizens for Responsibility and Ethics in Washington
1400 Eye Street, NW
Suite 450
Washington, DC 20005

Scott Allan Hodes
P.O. Box 42002
Washington, DC 20015

on this 29th day of October, 2007

/s/
MICHELLE N. JOHNSON