IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 07-1708 (JDB) |

## DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, through counsel, respectfully moves this Court for a two week enlargement of time to file its response to plaintiff's complaint, up to and including November 12, 2007. In support of this motion, defendant states the following:

1. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552b ("FOIA"). Plaintiff filed its complaint in this Court on September 25, 2007.

2. Service was perfected on or about September 27, 2007. Therefore, defendant's response to the complaint is due on or before October 29, 2007.

3. The undersigned counsel has been in contact with the United States Department of Education regarding its response to the complaint. Currently, the agency and undersigned counsel have been in discussion regarding the agency's response to the complaint and how to

potentially narrow the issues to be presented to the Court. However, additional time to continue these discussions is still needed.

4. Good cause supports this motion because it will permit the agency and the undersigned counsel to continue to determine what issues should be presented to the Court and to prepare an appropriate response to the complaint. Accordingly, defendant seeks a two week extension of time, up to and including November 19, 2007, in which to answer or otherwise respond to plaintiff's complaint. This is the first extension of time defendant has sought in this matter.

5. Counsel for defendant contacted plaintiff's counsel to discuss the relief sought herein. Plaintiff's counsel indicated that he will not oppose the relief sought herein.


Dated: October 29, 2007

                                                    Respectfully submitted,

                                                    _/s/ Jeffrey A. Taylor_
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                    _/s/ Rudolph Contreras_
                                                    RUDOLPH CONTRERAS, D.C. BAR #  434122

                                                    _/s/ Michelle N. Johnson_
                                                    MICHELLE N. JOHNSON, D.C. BAR # 491910
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    Civil Division
                                                    555 4th Street, N.W. – Room E4212
                                                    Washington, D.C. 20530
                                                    (202) 514-7139

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF EDUCATION,** <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-1708 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

This matter having come before the Court on Defendant's Unopposed Motion for an Extension of Time to Respond to the Complaint, it is hereby

**ORDERED** that defendant's motion is hereby **GRANTED.** And it is further

**ORDERED** that defendant's time to respond to the complaint is extended up to and including November 12, 2007.

**SO ORDERED** on this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE