IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | **FILED**<br>NOV 1 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 07-1708 (JDB) |

## JOINT STIPULATION TO NARROW AND/OR RESOLVE THE ISSUES TO BE DETERMINED BY THE COURT

In an effort to resolve and/or significantly narrow the issues to be presented to the Court in this action, the parties hereby file this joint stipulation setting forth those issues that have been resolved and how they propose that the litigation in this matter proceed.

1.  This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The Complaint alleges that the Defendant, the United States Department of Education ("DOE" or "Defendant") violated the FOIA when it (a) denied Plaintiff's request for a public interest fee waiver in connection with the FOIA request submitted by Plaintiff on May 16, 2007 and (b) concluded that Plaintiff's FOIA request, submitted on May 16, 2007, failed to adequately describe the records Plaintiff sought.

2.  Solely for the purposes of resolving the issues presently before the Court, the Defendant hereby stipulates that Plaintiff will be entitled to a public interest fee waiver for the FOIA request submitted by Plaintiff on May 16, 2007.

3.     Solely for the purpose of potentially resolving the issues presently before the Court, the Defendant hereby agrees to conduct a search in response to Plaintiff's May 16, 2007 FOIA request as stated in Defendant's September 27, 2007 letter to Plaintiff. Accordingly, Defendant will cause searches to be made of the Office of the Secretary (OS), the Office of the Deputy Secretary (ODS), the Office of Elementary & Secondary Education (OESE), and the Office of Innovation and Improvement (OII), which represents the other Departmental program office with staff members whose duties include implementation of the No Child Left Behind Act of 2001, for records dating from January 20, 2001 through the present regarding contacts with: (a) Ignite! or any officer or employee thereof; (b) Curriculum on Wheels a/k/a COWs; (c) Neil Bush; (d) Barbara Bush; (e) Ken Leonard; (f) Lori Anderson; (g) Ashleigh Synder; and (h) Sid Rogich.

4.     To permit the Defendant to conduct the search as set forth in paragraph 3, the parties agree and request that the Court stay the proceedings in this matter for a period of 60 days, up to and including, January 11, 2008. On that date, Defendant expects to produce to Plaintiff the non-exempt records, if any are located as a result of the search to be conducted as set forth in paragraph 3.

5.     Thereafter, the parties will confer to determine whether there remain any issues to be resolved by the Court and will file a joint status report indicating whether Plaintiff will voluntarily dismiss this action, or, in the alternative, propose a scheduling order for the briefing of any issues that remain to be resolved. The parties' joint status report shall be filed on or before January 21, 2008.

Dated: November 9, 2007

Respectfully submitted,

| /s/ | /s/ Jeffrey A. Taylor |
|---|---|
| Scott. A Hodes (D.C. Bar No. 430375) | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| Scott A. Hodes, Attorney at Law | United States Attorney |
| P.O. Box 42002 | |
| Washington, D.C. 20015 | /s/ Rudolph Contreras |
| Phone (301) 404-0502 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Fax (413) 641-2833 | |

| /s/ | /s/ Michelle N. Johnson |
|---|---|
| Anne L. Weisman (D.C. Bar No. 298190) | MICHELLE N. JOHNSON, D.C. BAR # 491910 |
| Melanie Sloan (D.C. Bar No. 434584) | Assistant United States Attorneys |
| Citizens for Responsibility | United States Attorney's Office |
|  And Ethic in Washington | Civil Division |
| 1400 Eye Street, N.W. | 555 4th Street, N.W. – Room E4212 |
| Suite 450 | Washington, D.C. 20530 |
| Washington, D.C. 20005 | (202) 514-7139 |
| Phone (202) 408-5565 | |
| Fax (202) 566-5020 | Counsel for Defendant |

Attorneys for Plaintiff

IT IS SO ORDERED on this 14th day of November 2007.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE