IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1708 (JDB)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## THE PARTIES' JOINT STATUS REPORT

In accordance with the Court's order dated November 15, 2007, the parties hereby file their Joint Status Report with the Court.

1. On January 11, 2008, defendant provided to plaintiff the records responsive to plaintiff's May 16, 2007 Freedom of Information Act ("FOIA") request.

2. At this time, the parties continue to discuss whether there is the possibility of narrowing any areas of potential dispute.

3. Accordingly, the parties request that the Court permit the parties additional time to determine whether the briefing of any issues will be required. The parties respectfully propose that the Court enter an Order requiring that a further status report be filed on February 21, 2008. A proposed order is attached to this report.

Respectfully submitted,

| /s/ | /s/ Jeffrey A. Taylor |
|---|---|
| Scott. A Hodes (D.C. Bar No. 430375) | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| Scott A. Hodes, Attorney at Law | United States Attorney |
| P.O. Box 42002 | |
| Washington, D.C.  20015 | /s/ Rudolph Contreras |
| Phone (301) 404-0502 | RUDOLPH CONTRERAS, D.C. BAR #  434122 |
| Fax (413) 641-2833 | |

| /s/ | /s/ Michelle N. Johnson |
|---|---|
| Anne L. Weisman (D.C. Bar No. 298190) | MICHELLE N. JOHNSON, D.C. BAR # 491910 |
| Melanie Sloan (D.C. Bar No. 434584) | Assistant United States Attorneys |
| Citizens for Responsibility | United States Attorney's Office |
|  And Ethic in Washington | Civil Division |
| 1400 Eye Street, N.W. | 555 4th Street, N.W. – Room E4212 |
| Suite 450 | Washington, D.C. 20530 |
| Washington, D.C.  20005 | (202) 514-7139 |
| Phone (202) 408-5565 | |
| Fax (202) 566-5020 | Counsel for Defendant |

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1708 (JDB) |

**[PROPOSED] ORDER**

The parties to this matter having requested the entry of an Order setting forth a date by which they should file a further status report, and the Court finding that such an Order would be in the interests of justice, it is hereby

**ORDERED** that the parties shall file a further status report detailing the status of this matter on or before February 21, 2008.

**SO ORDERED** on this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE