UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Citizens for Responsibility and<br>  Ethics in Washington,<br><br>      Plaintiff,<br><br>v.<br><br>United States Department of<br>  Education,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 07-1708 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P.41(a)(1)(i)

**TO THE COURT, THE PARTIES AND THE CLERK OF COURT:**

Plaintiff, Citizens for Responsibility and Ethics in Washington hereby voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Defendant has not filed or served an answer nor moved for summary judgment in this action. No prejudice to any party will result from this dismissal.

Dated: February 7, 2008

Respectfully Submitted,

_____/s/_____
Scott A. Hodes, D.C. Bar #430375
P.O. Box 42002
Washington, D.C. 20015
301-404-0502
413-641-2833 (fax)

_____/s/_____
Anne L. Weismann, D.C. Bar # 298190
Melanie Sloan, D.C. Bar # 434584
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
202-408-5565

1

2

202-588-5020 (fax)

Attorneys for Plaintiff